In the Matter of the Estate of WILHELMINA SCHMIDT, Deceased.

LOUISA NEUBAUER, as Administratrix with the Will Annexed of the Estate of ADOLPH SCHMIDT, Deceased, Appellant; JOHN J. MCINERNEY, as Executor of WILHELMINA SCHMIDT, Deceased, Respondent.

(Argued May 21, 1936; decided June 5, 1936.)

*Charles B. Bechtold* for appellant.

*John J. McInerney,* in person, for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.